FILED

18 SEP 11 PM 2:31

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: MME   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18cr559-BTM |
| Plaintiff, | AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| VICTOR JOSEPH TEASLEY, | |
| Defendant. | |

On May 29, 2018, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of VICTOR JOSEPH TEASLEY ("Defendant") in the following properties:

    a.    A Ruger .22 caliber pistol with serial number 273-34196; and

    b.    Ten (10) rounds of .22 caliber ammunition; and

    c.    $2,839.74 in United States Currency.

For thirty (30) consecutive days ending on July 8, 2018, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

On June 7, 2018, Notice of Forfeiture was sent by Federal Express as follows:

| Name and Address | Article No. | Result |
|---|---|---|
| a. San Diego County Credit Union<br>c/o Regional Manager Sharon Phillips<br>150 E. Valley Parkway<br>Escondido, CA 92025 | 772425024033 | Marked as delivered on 6/8/18. |
| b. San Diego, County Credit Union<br>c/o Tum Vongsawad<br>6545 Sequence Drive<br>San Diego, CA 92121 | 772424091280 | Marked as delivered on 6/8/18. |

On June 20, 2018, the United States received a letter from Tum Vongsawad, who represented San Diego Count Credit Union ("SDCCU") regarding item c above, $2,839.74 in United States Currency. The credit union's claim to a portion of this currency was based upon Victor Joseph Teasley's robbing the Escondido Civic Center branch of SDCCU at gunpoint for $2,260.00 in U.S. Currency. The United States advised the credit union that a formal petition was not required, and has recognized the validity and priority of the interest of SDCCU in the $2,260.00. On July 23, 2018, the Federal Bureau of Investigation returned $2,260.00 in U.S. Currency to SDCCU. $579.74 of the money seized from the Defendant remains to be forfeited. Pursuant to Chief Judge Barry Ted Moskowitz's orders on June 26, 2018, $217.08 of the $579.74 shall be granted to SDCCU teller Erica Nunez.

Thirty (30) days have passed following the final date of notice by publication and notice by Federal Express, and no third party except SDCCU has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of VICTOR JOSEPH TEASLEY and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America:



a. A Ruger .22 caliber pistol with serial number 273-34196; and

b. Ten (10) rounds of .22 caliber ammunition; and

c. ~~$579.74~~ $362.66 in United States Currency, the amount remaining after $2,260.00 was returned to SDCCU and $217.08 given to victim teller.

IT IS FURTHER ORDERED that costs incurred by the United States Federal Bureau of Investigation, United States Marshal's Service, and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

IT IS FURTHER ORDERED that the United States Federal Bureau of Investigation and the United States Marshal's Service shall dispose of the forfeited properties according to law.

DATED: 9/11/18

Barry Ted Moskowitz, Chief Judge
United States District Court